UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

OCT 1 8 2018

David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | CRIMINAL NO. 18 CR 623 |
| SETHEARL DELANE ODEMS, § Defendant. § | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about October 15, 2017, in the Houston Division of the Southern District of Texas, the defendant,

**SETHEARL DELANE ODEMS,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, namely a Smith and Wesson, model 4103, .40 caliber semi-automatic pistol, which had been shipped and transported in foreign and interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT TWO

On or about October 27, 2017, in the Houston Division of the Southern District of Texas, the defendant,

**SETHEARL DELANE ODEMS,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, namely a Taurus, Model PT140

Millenium, .40 caliber pistol, which had been shipped and transported in foreign and interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT THREE

On or about May 1, 2018, in the Houston Division of the Southern District of Texas, the defendant,

**SETHEARL DELANE ODEMS,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, namely a Stag Arms, model Stag-15, 5.56mm rifle, which had been shipped and transported in foreign and interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that all firearms and ammunition involved in or used in the commission of the offense charged in Counts One, Two and Three in violation of Title 18, United States Code, Section 922(g)(1), are subject to forfeiture, including, but not limited to, the following:

- a Smith and Wesson, model 4103, .40 caliber semi-automatic pistol, S/N BDH9883

- Taurus, Model PT140 Millenium, .40 caliber pistol, S/N STD01394

- a Stag Arms, model Stag-15, 5.56mm rifle, S/N 283165

A TRUE BILL:

Original Signature on File

RYAN K. PATRICK
UNITED STATES ATTORNEY

BY: _____
Heather Winter
Assistant United States Attorney